# U.S. District Court
# District of North Dakota (Eastern)
# CRIMINAL DOCKET FOR CASE #: 3:20−cr−00120−PDW All Defendants
### *Internal Use Only*

| | |
|---|---|
| Case title: USA v. Ducharme | Date Filed: 07/15/2020 |
| | Date Terminated: 05/04/2023 |

Assigned to: Chief Judge Peter D. Welte

### Defendant (1)

**Whitehorse Ducharme**  represented by  **Nicole Bredahl**
*TERMINATED: 05/04/2023* Barkus Law Firm, P.C.
*also known as* 3431 4th Ave. S. Ste. 201
Stanley Ducharme Fargo
*TERMINATED: 05/04/2023* Fargo, ND 58103
 701−532−2498
 Fax: 701−298−9362
 Email: nicole@barkuslawfirm.com
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*
 *Designation: CJA Appointment*

 **Christopher P. Bellmore**
 Federal Public Defender
 112 Roberts Street North
 Suite 200
 Fargo, ND 58102
 701−239−5111
 Fax: 701−239−5098
 Email: beth_schwartz@fd.org
 *TERMINATED: 05/19/2022*
 *Designation: Public Defender*

 **Christopher J. Lancaster**
 FEDERAL PUBLIC DEFENDER OFFICE
 FEDERAL SQUARE
 112 ROBERTS ST N STE 200
 FARGO, ND 58102
 701−239−5111
 Email: Beth_Schwartz@fd.org
 *TERMINATED: 12/20/2021*
 *Designation: Public Defender*

**Pending Counts**                                                                        **Disposition**

| | |
|---|---|
| 18:2244(a)(5) and 1152 – ABUSIVE SEXUAL CONTACT (1s) | Lifetime imprisonment with credit for time served; lifetime supervised release; $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2241(c) and 1152 – AGGRAVATED SEXUAL ABUSE OF A MINOR (1–3) | Dismissed on Government motion. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dawn M. Deitz** <br> United States Attorney's Office <br> Quentin N. Burdick United States Courthouse <br> 655 First Avenue North <br> Ste 250 <br> Fargo, ND 58102 <br> 701–297–7400 <br> Email: Dawn.Deitz@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: USA* |
| | | **Lori H. Conroy** <br> U.S. Attorney's Office <br> 655 1 Ave N Ste 250 <br> Fargo, ND 58102 <br> 701–297–7411 <br> Email: Lori.Conroy@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: USA* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|

| 07/15/2020 | 1 | | SEALED INDICTMENT as to Whitehorse Ducharme (1) count(s) 1–3. (Attachments: # 1 Criminal Cover Sheet) (pb) (Entered: 07/16/2020) |
| --- | --- | --- | --- |
| 07/15/2020 | 2 | | Redacted Indictment as to Whitehorse Ducharme. (pb) (Entered: 07/16/2020) |
| 07/15/2020 | 3 | | REQUEST FOR WARRANT upon filing of indictment as to Whitehorse Ducharme (pb) (Entered: 07/16/2020) |
| 07/21/2020 | | | Arrest of Whitehorse Ducharme in the Northern District of Alabama. (pb) (Entered: 07/28/2020) |
| 07/28/2020 | | | Case unsealed as to Whitehorse Ducharme (pb) (Entered: 07/28/2020) |
| 07/28/2020 | 5 | | Rule 5(c)(3) Documents Received from District of Alabama Northern as to Whitehorse Ducharme (Attachments: # 1 Waiver of Hearing, # 2 Notice of Consent to Video Conference, # 3 Order of Detention, # 4 Order of Removal, # 5 Commitment to Another District)(pb) (Entered: 07/28/2020) |
| 07/28/2020 | 6 | | Arrest Warrant Returned Executed on 07/21/2020 as to Whitehorse Ducharme. (pb) (Entered: 07/28/2020) |
| 08/28/2020 | 7 | | NOTICE OF HEARING as to Whitehorse Ducharme: Arraignment set for 9/1/2020 at 09:30 AM in Fargo Courtroom 2 before Magistrate Judge Alice R. Senechal. (pb) (Entered: 08/28/2020) |
| 08/31/2020 | | | *RESTRICTED – DOCKETED IN ERROR* Arrest of Whitehorse Ducharme (js) Modified on 9/10/2020 to restrict access. (js) (Entered: 09/01/2020) |
| 09/01/2020 | 9 | | Minute Entry for proceedings held before Magistrate Judge Alice R. Senechal: Arraignment as to Whitehorse Ducharme (1) Count 1–3 held on 9/1/2020. Added attorney Christopher J. Lancaster for Whitehorse Ducharme. (DR #200901–000 Ducharme) (lc) (Entered: 09/01/2020) |
| 09/01/2020 | 10 | | Financial Affidavit by Whitehorse Ducharme (lc) (Entered: 09/01/2020) |
| 09/01/2020 | 11 | | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Whitehorse Ducharme by Magistrate Judge Alice R. Senechal. (lc) (Entered: 09/01/2020) |
| 09/01/2020 | 12 | | PRETRIAL ORDER AND JURY TRIAL NOTICE as to Whitehorse Ducharme by Magistrate Judge Alice R. Senechal. Jury Trial set for 11/3/2020 at 9:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Trial estimate: 5–7 days. (lc) (Entered: 09/01/2020) |
| 09/01/2020 | 13 | | Commitment Order Executed on 8/27/2020 by delivering Whitehorse Ducharme to Cass County Jail. (js) (Entered: 09/01/2020) |
| 09/01/2020 | 14 | | *RESTRICTED – FILED IN WRONG CASE* Arrest Warrant Returned Executed on 8/31/2020 as to Whitehorse Ducharme. (js) Modified on 9/10/2020 to restrict access. (js) (Entered: 09/01/2020) |
| 09/01/2020 | 15 | | NOTICE OF ATTORNEY APPEARANCE: Christopher J. Lancaster appearing for Whitehorse Ducharme (Lancaster, Christopher) (Entered: 09/01/2020) |
| 09/01/2020 | 16 | | Request pursuant to Rule 404(b) as to Whitehorse Ducharme (Lancaster, Christopher) (Entered: 09/01/2020) |
| 09/01/2020 | 17 | | Request for Notice pursuant to Rule 609(b) as to Whitehorse Ducharme (Lancaster, Christopher) (Entered: 09/01/2020) |

| | | | |
|---|---|---|---|
| 09/01/2020 | 18 | | Request for Notice pursuant to Rule 807(b) as to Whitehorse Ducharme (Lancaster, Christopher) (Entered: 09/01/2020) |
| 09/10/2020 | | | DOCKET CORRECTION re: 14 ARREST WARRANT RETURNED EXECUTED. Filed in wrong case. Clerks office restricted access to document. Pleading filed in case 3:20–MJ–363 in case as to Whitehorse Ducharme. (js) (Entered: 09/10/2020) |
| 09/14/2020 | 19 | | STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER as to Whitehorse Ducharme by Magistrate Judge Alice R. Senechal. (js) (Entered: 09/15/2020) |
| 10/22/2020 | 20 | | ORDER TO CONTINUE – Ends of Justice as to Whitehorse Ducharme by Chief Judge Peter D. Welte. Jury Trial reset for 2/9/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte (5–7 days). Previously set for 11/3/2020. (MK) (Entered: 10/22/2020) |
| 01/26/2021 | 21 | | MOTION for Release from Custody by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 01/26/2021) |
| 01/27/2021 | 22 | | MOTION to Continue *Trial* by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 01/27/2021) |
| 01/27/2021 | 23 | | INFORMED CONSENT TO CONTINUANCE by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 01/27/2021) |
| 01/28/2021 | 24 | | ORDER by Chief Judge Peter D. Welte granting 22 Motion to Continue as to Whitehorse Ducharme (1). Jury Trial reset for 5/4/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte (5–7 days). Previously set for 2/9/2021. (MK) (Entered: 01/28/2021) |
| 01/29/2021 | 25 | | RESPONSE to Motion by USA as to Whitehorse Ducharme re 21 MOTION for Release from Custody (Attachments: # 1 Exhibit 1 Ducharme Housing)(Deitz, Dawn) (Entered: 01/29/2021) |
| 02/02/2021 | 26 | | ORDER by Magistrate Judge Alice R. Senechal denying 21 Motion for Release from Custody as to Whitehorse Ducharme (1). (AKS) (Entered: 02/02/2021) |
| 03/18/2021 | 27 | | NOTICE of Intent to Use Evidence by USA as to Whitehorse Ducharme (Deitz, Dawn) (Entered: 03/18/2021) |
| 04/02/2021 | 28 | | MOTION to Continue *Trial* by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 04/02/2021) |
| 04/02/2021 | 29 | | INFORMED CONSENT TO CONTINUANCE by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 04/02/2021) |
| 04/05/2021 | 30 | | ORDER by Chief Judge Peter D. Welte granting 28 Motion to Continue as to Whitehorse Ducharme (1). Jury Trial reset for 8/31/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte (5–7 days). Previously set for 5/4/2021. (EA) (Entered: 04/05/2021) |
| 07/13/2021 | 31 | | NOTICE by USA as to Whitehorse Ducharme *Expert Witness* (Attachments: # 1 Exhibit 1 Hilfer CV)(Deitz, Dawn) (Entered: 07/13/2021) |
| 08/02/2021 | 32 | | MOTION to Continue *Trial* by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 08/02/2021) |

| | | | |
|---|---|---|---|
| 08/02/2021 | 33 | | INFORMED CONSENT TO CONTINUANCE by Whitehorse Ducharme. (Lancaster, Christopher) (Entered: 08/02/2021) |
| 08/03/2021 | 34 | | ORDER by Chief Judge Peter D. Welte granting 32 Motion to Continue as to Whitehorse Ducharme (1). Jury Trial reset for 11/30/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte (5–7 days). Previously set for 8/31/2021. (MK) (Entered: 08/03/2021) |
| 09/22/2021 | 35 | | DEMAND for Disclosure of Witness in Support of Alibi Defense as to Whitehorse Ducharme (Deitz, Dawn) (Entered: 09/22/2021) |
| 09/24/2021 | 36 | | NOTICE OF ATTORNEY APPEARANCE Lori H. Conroy appearing for USA. (Conroy, Lori) (Entered: 09/24/2021) |
| 10/04/2021 | 37 | | NOTICE OF ATTORNEY APPEARANCE: Christopher P. Bellmore appearing for Whitehorse Ducharme (Bellmore, Christopher) (Entered: 10/04/2021) |
| 10/13/2021 | 38 | | NOTICE by USA as to Whitehorse Ducharme *Expert Witness* (Attachments: # 1 Exhibit 1 Murdock CV)(Deitz, Dawn) (Entered: 10/13/2021) |
| 10/13/2021 | 39 | | NOTICE by USA as to Whitehorse Ducharme *Expert Witness* (Attachments: # 1 Exhibit 1 Brustuen CV)(Deitz, Dawn) (Entered: 10/13/2021) |
| 10/13/2021 | 40 | | NOTICE by USA as to Whitehorse Ducharme *Expert Witness* (Attachments: # 1 Exhibit 1 Brunette CV)(Deitz, Dawn) (Entered: 10/13/2021) |
| 10/20/2021 | 41 | | PLEA AGREEMENT as to Whitehorse Ducharme (Deitz, Dawn) (Entered: 10/20/2021) |
| 10/20/2021 | 42 | | PLEA AGREEMENT SUPPLEMENT as to Whitehorse Ducharme re 41 Plea Agreement. (Deitz, Dawn) (Entered: 10/20/2021) |
| 10/20/2021 | | | Deadlines and Hearings Terminated as to Whitehorse Ducharme. Jury Trial reset for 11/30/2021 at 09:30 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte is CANCELLED per Plea Agreement at 41 . (pb) (Entered: 10/20/2021) |
| 10/20/2021 | 43 | | INFORMATION as to Whitehorse Ducharme (1) count(s) 1s. (Attachments: # 1 Criminal Cover Sheet) (pb) (Entered: 10/20/2021) |
| 10/21/2021 | 44 | | NOTICE OF HEARING as to Whitehorse Ducharme: Waiver through Plea set for 11/1/2021 02:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (EA) (Entered: 10/21/2021) |
| 11/01/2021 | 45 | | WAIVER OF INDICTMENT by Whitehorse Ducharme (lh) (Entered: 11/01/2021) |
| 11/01/2021 | 46 | | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Waiver of Indictment, Filing of Information & Plea Hearing as to Whitehorse Ducharme held on 11/1/2021. Whitehorse Ducharme Guilty Count 1s. (Court Reporter se) (lh) (Entered: 11/01/2021) |
| 11/01/2021 | 47 | | NOTICE OF HEARING as to Whitehorse Ducharme: Sentencing set for 2/23/2022 at 10:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. (lh) (Entered: 11/01/2021) |
| 12/20/2021 | 48 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ATTORNEY SUBSTITUTION: Christopher P. Bellmore appearing for Whitehorse Ducharme (Bellmore, Christopher) (Entered: 12/20/2021) |
| 01/18/2022 | 49 | | MOTION to Continue *Sentencing* by Whitehorse Ducharme. (Bellmore, Christopher) (Entered: 01/18/2022) |
| 01/20/2022 | 50 | | (Text Only) ORDER by Chief Judge Peter D. Welte granting 49 Motion to Continue as to Whitehorse Ducharme (1). Sentencing reset for 5/31/2022 at 11:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Previously set for 2/23/2022. (EA) (Entered: 01/20/2022) |
| 04/21/2022 | 51 | | Letter from Whitehorse Ducharme (Attachments: # 1 Mailing Envelope) (jb) (Entered: 04/22/2022) |
| 05/17/2022 | 55 | | PRESENTENCE INVESTIGATION REPORT as to Whitehorse Ducharme (mz) (Entered: 05/17/2022) |
| 05/18/2022 | 56 | | MOTION to Continue *Sentencing Hearing* by USA as to Whitehorse Ducharme. (Deitz, Dawn) (Entered: 05/18/2022) |
| 05/19/2022 | 59 | | Order appointing CJA counsel as to Whitehorse Ducharme: Appointment of Attorney Nicole Bredahl for Whitehorse Ducharme by Magistrate Judge Alice R. Senechal. Attorney Christopher Bellmore terminated. (js) (Entered: 05/19/2022) |
| 05/20/2022 | 60 | | (Text Only) ORDER by Chief Judge Peter D. Welte granting 56 Motion to Continue as to Whitehorse Ducharme (1). Sentencing reset for 9/22/2022 at 11:00 AM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Previously set for 5/31/2022. (EA) (Entered: 05/20/2022) |
| 05/20/2022 | 61 | | STIPULATED DISCOVERY ORDER AND PROTECTIVE ORDER as to Whitehorse Ducharme by Magistrate Judge Alice R. Senechal. (sj) (Entered: 05/20/2022) |
| 05/26/2022 | 62 | | NOTICE OF ATTORNEY APPEARANCE: Nicole Bredahl appearing for Whitehorse Ducharme (Bredahl, Nicole) (Entered: 05/26/2022) |
| 05/26/2022 | 63 | | Request pursuant to Rule 404(b) as to Whitehorse Ducharme (Bredahl, Nicole) (Entered: 05/26/2022) |
| 05/26/2022 | 64 | | Request for Notice pursuant to Rule 609(b) as to Whitehorse Ducharme (Bredahl, Nicole) (Entered: 05/26/2022) |
| 05/26/2022 | 65 | | Request for Notice pursuant to Rule 807(b) as to Whitehorse Ducharme (Bredahl, Nicole) (Entered: 05/26/2022) |
| 09/09/2022 | 66 | | MOTION to Continue *Sentencing Hearing* by Whitehorse Ducharme. (Bredahl, Nicole) (Entered: 09/09/2022) |
| 09/09/2022 | 67 | | (Text Only) ORDER by Chief Judge Peter D. Welte granting 66 Motion to Continue as to Whitehorse Ducharme (1). Sentencing reset for 2/21/2023 at 02:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Previously set for 9/22/2022. (EA) (Entered: 09/09/2022) |
| 01/13/2023 | 68 | | MOTION to Continue *Sentencing Hearing* by Whitehorse Ducharme. (Bredahl, Nicole) (Entered: 01/13/2023) |

| 01/18/2023 | 69 | | RESPONSE to Motion by USA as to Whitehorse Ducharme re 68 MOTION to Continue *Sentencing Hearing* (Conroy, Lori) (Entered: 01/18/2023) |
| 01/31/2023 | 70 | | NOTICE OF FILING OF TRANSCRIPT of Waiver and Plea Hearing held November 1, 2021, as to Whitehorse Ducharme (se) (Entered: 01/31/2023) |
| 01/31/2023 | 71 | | TRANSCRIPT of Waiver and Plea Hearing as to Whitehorse Ducharme held on November 1, 2021, before Judge Welte. Court Reporter/Transcriber Sandie Ehrmantraut, Telephone number 701−530−2337. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Notice of Intent to Request Redaction due 2/7/2023. Redaction Request due 2/21/2023. Redacted Transcript Deadline set for 3/3/2023. Release of Transcript Restriction set for 5/1/2023. (se) (Entered: 01/31/2023) |
| 02/02/2023 | 72 | | ORDER by Chief Judge Peter D. Welte granting 68 Motion to Continue as to Whitehorse Ducharme (1). Sentencing reset for 5/3/2023 at 01:30 PM in Fargo Courtroom 1 before Chief Judge Peter D. Welte. Previously set for 2/21/2023. (EA) (Entered: 02/02/2023) |
| 04/27/2023 | 73 | | LETTERS RE: SENTENCING as to Whitehorse Ducharme (Victim) (mz) (Entered: 04/27/2023) |
| 04/28/2023 | 74 | | LETTERS RE: SENTENCING as to Whitehorse Ducharme (Victim) (mz) (Entered: 04/28/2023) |
| 05/01/2023 | 75 | | SENTENCING MEMORANDUM as to Whitehorse Ducharme. (Bredahl, Nicole) (Entered: 05/01/2023) |
| 05/01/2023 | 76 | | SENTENCING MEMORANDUM SUPPLEMENT (Sealed) as to Whitehorse Ducharme re 75 Sentencing Memorandum. (Bredahl, Nicole) (Entered: 05/01/2023) |
| 05/02/2023 | 77 | | LETTERS RE: SENTENCING as to Whitehorse Ducharme (Victim) (mz) (Entered: 05/02/2023) |
| 05/03/2023 | 80 | | Minute Entry for proceedings held before Chief Judge Peter D. Welte: Sentencing as to Whitehorse Ducharme held on 5/3/2023 (Court Reporter kk) (lh) (Entered: 05/04/2023) |
| 05/04/2023 | 79 | | PRESENTENCE INVESTIGATION REPORT as to Whitehorse Ducharme (Amended per Court's request) (mz) (Entered: 05/04/2023) |
| 05/04/2023 | 81 | | JUDGMENT by Chief Judge Peter D. Welte as to Whitehorse Ducharme, Counts 1−3: Dismissed on Government motion. Count 1s: Lifetime imprisonment with credit for time served; lifetime supervised release; $100 special assessment. (lh) (Entered: 05/04/2023) |
| 05/04/2023 | 82 | | STATEMENT OF REASONS re 81 Judgment as to Whitehorse Ducharme by Chief Judge Peter D. Welte. (lh) (Entered: 05/04/2023) |
| 05/04/2023 | 83 | | *RESTRICTED−WRONG EVENT SELECTED* NOTICE by Whitehorse Ducharme *of Appeal to US Court of Appeals* (Bredahl, Nicole) Modified on 5/5/2023 to restrict access (cjs). (Entered: 05/04/2023) |
| 05/04/2023 | 84 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF APPEAL to US Court of Appeals by Whitehorse Ducharme re 81 Judgment (Filing fee IFP) (cjs) (Entered: 05/05/2023) |
| 05/05/2023 | | | Appeal Remark as to Whitehorse Ducharme re 84 Notice of Appeal : 3 sealed copies of Amended Presentence Investigation Report and Statement of Reasons mailed to Court of Appeals, St. Louis Office. (cjs) (Entered: 05/05/2023) |
| 05/05/2023 | 85 | | Transmittal of Notice of Appeal Supplement to 8th Circuit Court of Appeals as to Whitehorse Ducharme re 84 Notice of Appeal (cjs) (Entered: 05/05/2023) |
| 05/05/2023 | | | DOCKET CORRECTION re: 83 Notice (Other) in case as to Whitehorse Ducharme. Wrong event selected. Clerk's Office restricted access to document and re−filed as Notice of Appeal at 84 . (cjs) (Entered: 05/05/2023) |

# UNITED STATES DISTRICT COURT

## District of North Dakota

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| Whitehorse Ducharme, | ) | Case Number: 3:20-cr-120 |
| a/k/a Stanley Ducharme | ) | USM Number: 37225-001 |
| | ) | Nicole Bredahl |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   **ONE (1) of the Information.**

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 2244(a)(5),1152 | Abusive Sexual Contact | 2016 | 1 |

The defendant is sentenced as provided in pages 2 through ___7___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   **Indictment**   ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 3, 2023
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Peter D. Welte   U.S. Chief District Judge
Name and Title of Judge

05/04/2023
Date

Local AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: Whitehorse Ducharme, a/k/a Stanley Ducharme
CASE NUMBER: 3:20-cr-120

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

**LIFE with credit for time served.**

☑ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be placed as close as possible to Huntsville, Alabama. He should be allowed to participate in any educational or vocational opportunities; and any mental health treatment as deemed appropriate by the Bureau of Prisons.**

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Local AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT:   Whitehorse Ducharme, a/k/a Stanley Ducharme
CASE NUMBER:   3:20-cr-120

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

**LIFE.**

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☑ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

Local AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page __4__ of __7__

DEFENDANT: Whitehorse Ducharme, a/k/a Stanley Ducharme
CASE NUMBER: 3:20-cr-120

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Judgment—Page 5 of 7

DEFENDANT: Whitehorse Ducharme, a/k/a Stanley Ducharme
CASE NUMBER: 3:20-cr-120

## SPECIAL CONDITIONS OF SUPERVISION

1. You must not have direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer. If you do have any direct contact with any child you know or reasonably should know to be under the age of 18, not including your own children, without the permission of the probation officer, you must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.
2. You must not communicate, or otherwise interact, with L.W. either directly or through someone else, without first obtaining the permission of the probation officer.
3. You must not engage in an occupation, business, profession, or volunteer activity that would require or enable you to have direct or indirect contact with minors without the prior approval of the probation officer.
4. You must not go to, or remain at, any place you know is primarily frequented by children under the age of 18, including parks, schools, playgrounds, and childcare facilities.
5. You must not go to, or remain at, a place for the primary purpose of observing or contacting children under the age of 18.
6. You must participate in a sex offense-specific assessment. This participation in a sex offense specific assessment may include visual response testing.
7. You must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
8. You must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that you are in compliance with the requirements of your supervision and/or treatment program.
9. You must participate in a chemical dependency treatment program as approved by the supervising probation officer.
10. You must not knowingly enter any bar, tavern, etc. without first obtaining the permission of the probation officer.
11. You must totally abstain from the use of alcohol and illegal drugs or the possession of a controlled substance, as defined in 21 U.S.C. § 802 or state statute, unless prescribed by a licensed medical practitioner; and any use of inhalants or psychoactive substances (e.g., synthetic marijuana, bath salts, etc.) that impair your physical or mental functioning.
12. You must submit to drug/alcohol screening at the direction of the United States Probation Officer to verify compliance. Failure or refusal to submit to testing can result in mandatory revocation. Tampering with the collection process or specimen may be considered the same as a positive test result.
13. You must participate in a program or course of study aimed at improving educational level or employment skills, for example, obtain a GED, participate in or complete a vocational training program, or participate in a literacy program, at the direction of your supervising probation officer.
14. You must participate in a program aimed at addressing specific interpersonal or social areas, for example, domestic violence, anger management, marital counseling, financial counseling, cognitive skills, parenting, at the direction of your supervising probation officer.
15. You must participate in mental health treatment/counseling as directed by the supervising probation officer.
16. As directed by the Court, if during the period of supervised release the supervising probation officer determines you are in need of placement in a Residential Re-Entry Center (RRC), you must voluntarily report to such a facility as directed by the supervising probation officer, cooperate with all rules and regulations of the facility, participate in all recommended programming, and not withdraw from the facility without prior permission of the supervising probation officer. The Court retains and exercises ultimate responsibility in this delegation of authority to the probation officer.
17. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)) other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

Judgment — Page  6  of  7

DEFENDANT: **Whitehorse Ducharme, a/k/a Stanley Ducharme**
CASE NUMBER: **3:20-cr-120**

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 100.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss\*\*\*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: Whitehorse Ducharme, a/k/a Stanley Ducharme
CASE NUMBER: 3:20-cr-120

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ __100.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

D ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:

**All criminal monetary payments are to be made to the Clerk's Office, U.S. District Court, 655 1st Avenue North, Suite 130, Fargo, ND 58102.**

**While on supervised release, the Defendant shall cooperate with the Probation Officer in developing a monthly payment plan consistent with a schedule of allowable expenses provided by the Probation Office.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiffs,<br><br>vs.<br><br>Whitehorse Ducharme,<br><br>    Defendant. | **NOTICE OF APPEAL**<br><br>Case No.: 3:20-CR-00120<br>Judge: Chief Judge Peter D. Welte |

Notice of hereby given that Defendant, Whitehorse, hereby appeals to the United States District Court of Appeals for the Eighth Circuit from the Judgment (Dt. Ct. Doc. # 81) entered on May 4, 2023.

Dated this day May 4, 2023.

             Respectfully submitted,

             BARKUS LAW FIRM, P.C.

             *Nicole Bredahl*

             Nicole L. Bredahl, ND ID#08467
             3431 4th Avenue South, Suite 201
             Fargo, North Dakota 58103
             Tele: (701) 532-2498
             Fax: (701) 298-9362
             Email: nicole@barkuslawfirm.com
             Eservice: eservice@barkuslawfirm.com
             ATTORNEYS FOR DEFENDANT

U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 3:20-cr-00120

USA v. Whitehorse Ducharme a/k/a Stanley Ducharme

Length of trial:

Financial Status:
- Fee Paid? ☐ Yes ☑ No
- If **NO**, has IFP been granted? ☑ Yes ☐ No
- Is there a pending motion for IFP? ☐ Yes ☑ No

Are there any other pending post-judgment motions? ☐ Yes ☑ No

Please identify the court reporter: ☐ No hearings held

Name: Kelly Kroke

Address: 655 1st Avenue North, Fargo ND 58102

Telephone Number: 701-297-7000

Sandie Ehrmantraut, PO Box 1193, Bismarck, ND 58502, (701) 530-2300, for Waiver and Plea Hearing held 11/1/2021.

Criminal cases only:
Is the defendant incarcerated? ☑ Yes (include address below)   ☐ No

Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**

Whitehorse Ducharme
#37225-001
Sherburne County Jail
13880 Business Center Dr NW
Elk River, MN 55330